IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JONATHAN LEWIS on behalf of himself and all others similarly situated,<br><br>    *Plaintiff*,<br><br>    v.<br><br>PRECISION CONCEPTS GROUP LLC,<br><br>    *Defendant*. | 1:18-cv-00064-LCB-JEP |

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT; APPROVING OF PLAINTIFF'S NOTICE OF SETTLEMENT AND APPROVING ANGEION GROUP AS THE SETTLEMENT ADMINISTRATOR

Pursuant to Fed. R. Civ. P. 23 and 29 U.S.C. § 216(b), and based on the accompanying memorandum of law, Plaintiff respectfully moves this Court, consistent with the Parties' Settlement Agreement of Class and Collective Action and Release of Claims, to (1) grant preliminary approval of the proposed class and collective action settlement (the Parties' "Settlement Agreement"); (2) approve the appointment of Angeion Group as settlement administrator; and (3) approve the proposed notice of the settlement and claim forms. The proposed order is submitted herewith.

Counsel for Plaintiff have conferred with counsel for Defendant and,

consistent with the terms in the Parties' Settlement Agreement, Defendant does not oppose the instant motion.

Respectfully submitted, this October 19, 2020.

/s/ *Gilda Adriana Hernandez*
Gilda A. Hernandez (NCSB No. 36812)
Charlotte Smith (NCSB No. 53616)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Drive, Suite 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
csmith@gildahernandezlaw.com

*Attorneys for Plaintiff*

Case 1:18-cv-00064-LCB-JEP   Document 78   Filed 10/19/20   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2020, the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT; APPROVING OF PLAINTIFF'S NOTICE OF SETTLEMENT AND APPROVING ANGEION GROUP AS THE SETTLEMENT ADMINISTRATOR** was served in accordance with the Federal Rules of Civil Procedure on the following:

Kristine M. Sims (NCSB No. 26903)
William J. McMahon, IV (NCSB No. 34097)
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
100 North Cherry Street, Suite 300
Winston-Salem, NC 27101
Telephone: (336) 721-1001
Facsimile: (336) 748-9112
ksims@constangy.com
bmcmahon@constangy.com

*Attorneys for Defendant*

/s/ *Gilda Adriana Hernandez*
Gilda A. Hernandez (NCSB No. 36812)
Charlotte Smith (NCSB No. 53616)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Drive, Suite 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
csmith@gildahernandezlaw.com

*Attorneys for Plaintiff*