IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JONATHAN LEWIS on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>PRECISION CONCEPTS GROUP LLC,<br><br>*Defendant*. | 1:18-cv-00064-LCB-JEP |

## PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF THE COLLECTIVE AND CLASS ACTION SETTLEMENT

For the reasons set forth in the accompanying Memorandum of Law in Support of Plaintiff's Motion for Final Approval of the Class and Collective Action Settlement ("Motion for Final Approval"), Plaintiff respectfully requests that the Court enter an Order: Granting final approval of the Settlement Agreement and Release (Dkt. 79-1, Exhibit A), including the class action settlement pursuant to Fed. R. Civ. P.23 and the Fair Labor Standards Act (FLSA) collective action settlement contained therein.

Plaintiff has contemporaneously submitted a Proposed Order, attached hereto, for the Court's convenience.

Respectfully submitted this March 12, 2021

                                         */s/ Gilda Adriana Hernandez*
                                         Gilda A. Hernandez (NCSB No. 36812)
                                         Charlotte Smith (NCSB No. 53616)
                                         **THE LAW OFFICES OF GILDA A.**
                                         **HERNANDEZ, PLLC**
                                         1020 Southhill Drive, Suite 130
                                         Cary, NC 27513

Tel: 919 741-8693
Fax: 919 869-1853
ghernandez@gildahernandezlaw.com
csmith@gildahernandezlaw.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2021, I filed the foregoing true and accurate copy of **PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF THE COLLECTIVE AND CLASS ACTION SETTLEMENT** with the Court using the CM/ECF system, and thereby electronically served the document to the following:

Kristine M. Sims (NCSB No. 26903)
William J. McMahon, IV (NCSB No. 34097)
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
100 North Cherry Street, Suite 300
Winston-Salem, NC 27101
Telephone: (336) 721-1001
Facsimile: (336) 748-9112
ksims@constangy.com
bmcmahon@constangy.com

*Attorneys for Defendant*

                          */s/ Gilda Adriana Hernandez*
                          Gilda A. Hernandez (#36812)
                          Charlotte Smith (NCSB No. 53616)
                          **THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
                          1020 Southhill Dr., Ste. 130
                          Cary, NC 27513
                          Tel: (919) 741-8693
                          Fax: (919) 869-1853
                          ghernandez@gildahernandezlaw.com

                          *Attorneys for Plaintiffs*