IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JONATHAN LEWIS, on behalf of himself  )
and all others similarly situated,                    )
                                                                      )
              Plaintiff,                              )
                                                                      )
              v.                                        )         1:18CV64
                                                                      )
PRECISION CONCEPTS GROUP, LLC,   )
                                                                      )
             Defendant.                          )

## ORDER

This matter is before the Court on Plaintiff's Unopposed Motion and Supporting Memorandum for Leave to Exceed the Court's Local Rule 7.3 (d) Word Limitation, (ECF No. 87).

Based on representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED and Plaintiff's Memorandum in Support of his Unopposed Motion for Final Approval of the Collective and Class Action Settlement may total up to 7,625 words.

This, the 17th day of March 2021.

                                              /s/ Loretta C. Biggs
                                              United States District Judge